UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JASON BENDA and DR. YUAN YUAN XIE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SADLER RENTALS, LLC, and ) <br> TIMOTHY SADLER, ) <br> ) <br> Defendants. ) | Case No. 1:22CV 167 ACL |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Defendants Sadler Rentals, LLC and Timothy Sadler and against Plaintiffs Jason Benda and Dr. Yuan Yuan Xie on Count I of Plaintiff's Complaint.

Dated this 5th day of September 2024.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE